1048

[No. 73223-4-I.  Division One.  November 7, 2016.]

*In the Matter of the Detention of* ROBERT LOUGH.

Appeal from a judgment of the Superior Court for King County, No. 09-2-29232-9, Catherine D. Shaffer, J., entered February 19, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Spearman, J.

[No. 73355-9-I.  Division One.  November 7, 2016.]

JAMES OSBORNE, *Appellant*, v. RECREATIONAL EQUIPMENT, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-21642-6, Sean Patrick O'Donnell, J., entered March 17, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Dwyer, JJ.

[No. 73427-0-I.  Division One.  November 7, 2016.]

LSF STRUCTURES LTD. ET AL., *Appellants*, v. BRIX CONDOMINIUM, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-20877-4, Mary E. Roberts, J., entered April 10, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Dwyer, JJ.